# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PW SUPERMARKETS, INC.,<br><br>Debtor.<br><br>UFCW & EMPLOYERS BENEFIT TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOY LYNN BELLI, et al.,<br><br>Defendants. | Case No. 15-cv-02615-PJH<br><br>Bankr. Ct. Adv. Case. No. 14-4150<br><br>**ORDER FOR RECOMMENDATION OF BANKRUPTCY COURT RE MOTION TO WITHDRAW REFERENCE; ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 3 |

Defendants Pahl & McCay and Stephen D. Pahl move for an order withdrawing reference of the bankruptcy adversary proceeding pursuant to 28 U.S.C. § 157(d). Pursuant to Bankruptcy Local Rule 5011-2(b), the court asks the bankruptcy court to recommend whether the reference should be withdrawn. This order for recommendation does not change or vacate the deadlines to respond to defendants' motion to withdraw pursuant to Bankruptcy L.R. 5011-2(d).

The hearing noticed for the motion to withdraw is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 22, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge